UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22515-CIV-MORENO

GUSTAVO B. SAMPAIO,

    Plaintiff,

vs.

CREDIT BUREAU OF NAPA COUNTY, INC.
d/b/a CHASE RECEIVABLES,

    Defendants.
_____/



**FINAL ORDER OF DISMISSAL AND**
**ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **November 30, 2007**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record